392 P.2d 680

**Warren E. BURTON, Petitioner,**

**v.**

**The SUPREME COURT OF NEW MEXICO, Respondent.**

**No. 83 HC.**

Supreme Court of New Mexico.

June 4, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of injunction be and the same is hereby denied for the reason that petitioner now has counsel.

392 P.2d 680

**Aaron COOPER, Petitioner,**

**v.**

**Hon. J. M. SCARBOROUGH, Judge of the First Judicial District Court, State of New Mexico, in and for the County of Santa Fe, Respondent.**

**No. 84 HC.**

Supreme Court of New Mexico.

June 4, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for alternative writ of mandamus be and the same is hereby denied.